## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 9:21-CV-81077-DMM

Plaintiff:
NELSON FERNANDEZ

vs.

Defendant:
HAYSTACKS LLC



For:
RODERICK V. HANNAH
RODERICK V. HANNAH, ESQ, PA
4800 N. HIATUS RD
SUNRISE, FL 33351

Received by Michael Gonedes on the 17th day of June, 2021 at 9:00 am to be served on HAYSTACKS LLC, 323 SANDPIPER, DELRAY BEACH, FL 33483.

I, Michael Gonedes, do hereby affirm that on the 29th day of June, 2021 at 1:26 pm, I:

Served the within named LLC by delivering a true copy of the SUMMONS, PRESERVATION LETTER, COMPLAINT WITH EXHIBITS AND B with the date and hour of service endorsed thereon by me, to: Dina Mincieli as Manager of HAYSTACKS LLC in the absence of the Registered Agent, President, Vice President, Secretary, Treasurer, or any other corporate officer at the address of 401 E Atlantic Ave., Delray Beach, FL 33483, and informed said person of the contents therein, in compliance with Federal Rules of Civil Procedure, Florida Statute 48.062 or other state statute as applicable.

Additional Information pertaining to this Service:
6/29/2021 1:26 pm I then attempted service 401 E Atlantic Ave., Delray Beach, FL 33483 and service was obtained by serving the Manager, Dina Mincieli.
6/23/2021 8:16 am Attempted service at 323 SANDPIPER, DELRAY BEACH, FL 33433, but the address was tenant occupied and the defendant was unknown.
6/22/2021 10:33 am Attempted service at 323 SANDPIPER, DELRAY BEACH, FL 33433, but there was no answer upon knocking. There was no vehicles on the property.

Description of Person Served: Age: 60, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 140, Hair: Blonde, Glasses: Y

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees in true and correct. I am over the age of 18 and have no interest in the above action in accordance with the Federal Rules of Civil Procedure.

Michael Gonedes
Federal Server 1980

OJF Services, Inc.
13727 S.W. 152nd Street
Suite 354
Miami, FL 33177
(954) 929-4215

Our Job Serial Number: OJF-2021010072
Ref: OJF#2021010072

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| NELSON FERNANDEZ <br> *Plaintiff(s)* <br> v. <br> HAYSTACKS LLC, <br> a foreign limited liability company <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 9:21-cv-81077-DMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HAYSTACKS LLC
323 SANDPIPER
DELRAY BEACH FL 33433

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RODERICK V. HANNAH, ESQ.
4800 NORTH HIATUS ROAD
SUNRISE FL 33351-7919
Telephone: (954) 362-3800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jun 16, 2021

Angela E. Noble
Clerk of Court

s/ P. Curtis
Deputy Clerk
U.S. District Courts