UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  9:21-cv-81077-DMM

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**HAYSTACKS LLC, a foreign limited liability company,**

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT

Plaintiff, through undersigned counsel, moves for entry of a Clerk's default against Defendant HAYSTACKS LLC, a foreign limited liability company, on the following grounds:

1.    Plaintiff filed his Complaint against Defendant on June 16, 2021 [ECF No. 1] and the Clerk issued the Summons on June 16, 2021 [ECF No. 3].

2.    On June 29, 2021, Plaintiff effected service on Defendant by serving Dina Mincieli, a manager at the store [ECF No. 6].

3.    Per the Return of Service, Defendant's response to the Complaint was due by July 20, 2021.  To date, Defendant has not served any response or answer to the Complaint. Accordingly, a Clerk's Default against this Defendant should be entered.

WHEREFORE, Plaintiff moves the Clerk of Court for entry of a Clerk's default against Defendant HAYSTACKS LLC.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 North Hiatus Road<br>Sunrise, FL 33351-7919<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email: rhannah@rhannahlaw.com | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email: pduran@pelayoduran.com |
| By    *s/ Roderick V. Hannah*<br>       RODERICK V. HANNAH<br>       Fla. Bar No. 435384 | By    *s/ Pelayo M. Duran*<br>       PELAYO M. DURAN<br>       Fla. Bar No. 0146595 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of July, 2021, a true and correct of the foregoing was electronically filed and was served via regular U.S. Mail on the following:

Haystacks LLC
401 East Atlantic Avenue
Delray Beach, FL 33483-4536

Haystacks
301 North Saint Joseph Street
Suttons Bay, MI 49682

/s/ *Roderick V. Hannah*
       Roderick V. Hannah