UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NELSON FERNANDEZ

PLAINTIFF(S)

CASE NUMBER
9:21−cv−81077−DMM

v.

HAYSTACKS LLC,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Haystacks LLC**

as of course, on the date July 26, 2021.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Mary−Yves Etienne*
Deputy Clerk

cc:  Judge Donald M. Middlebrooks
     Nelson Fernandez

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)