## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| NELSON FERNANDEZ, </br></br>    Plaintiff, </br></br>v. </br></br>HAYSTACKS LLC, a foreign limited liability company, </br></br>    Defendant. | Case No. 9:21-cv-81077-DMM |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Whitney M. DuPree, Esquire of Spire Law, LLC, as counsel of record for the Defendant, HAYSTACKS LLC, a foreign limited liability company.

### CERTIFICATE OF SERVICE

I hereby Certify that on this 26th day of July, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

Respectfully submitted,

Spire Law, LLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765

By: <u>/s/Whitney M. DuPree</u>
    Whitney M. DuPree, Esq.
    Florida Bar No. 110036
    whitney@spirelawfirm.com
    sarah@spirelawfirm.com
    laura@spirelawfirm.com

Attorney for Defendants | HAYSTACKS LLC